

FILED
IN CLERK'S OFFICE
U.S. DISTRI…

★ … 2012

BROOKLYN OFFICE

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2012R00152

225 Cadman Plaza East
Brooklyn, New York 11201

February 3, 2012

Mr. Christian Abad Moscoso

        Re: U.S. vs. Christian Abad Moscoso
           <u>Criminal Docket No. CR-12-093</u>

Dear Mr. Moscoso:

Please take notice that the above case will be called in the United States District Court, 225 Cadman Plaza East, Brooklyn, New York on Friday, the 10th day of February, 2012 at **11:00 A.M.**, A. Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency which is located on the South Wing Room 200, 2nd Floor in the Courthouse at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

                              Very truly yours,

                              LORETTA E. LYNCH
                              UNITED STATES ATTORNEY

                     By: Grand Jury Coordinator (R. Greene)

CC: Hon. Sandra L. Townes (Mag. Levy will accept the plea.)

    Jessica Reid
    Assistant U.S. Attorney

    Jan Rostal, Esq.

    Pretrial Services Officer